# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: ) | |
| ) | |
| RICHERT FUNDING, LLC, ) | |
| as substantively consolidated with ) | Case No.: 6:18-bk-06276-GER |
| DWIGHT DONALD RICHERT ) | Chapter 7 |
| and HOLLY BERRY RICHERT, ) | |
|    Debtor(s). ) | |
| ──────────────────── | |
| SONEET R. KAPILA, as Chapter 7 ) | |
| Trustee of the Bankruptcy Estate of ) | |
| Richert Funding, LLC, Dwight ) | |
| Donald Richert, and Holly Berry ) | |
| Richert, ) | |
|    Plaintiff, ) | |
| v. ) | Adversary No.: 6:21-ap-00064-GER |
| ) | |
| ELKHORN GOLDFIELDS, INC., ) | |
| a Montana corporation, ) | |
| and PATRICK IMESON, ) | |
| ) | |
|    Defendants. ) | |

## **NOTICE OF APPEAL**

Plaintiff, Soneet R. Kapila, as Chapter 7 Trustee of the Bankruptcy Estate of Richert Funding, LLC, Dwight Donald Richert and Holly Berry Richert, by and through his undersigned counsel, appeals to the District Court under 28 U.S.C. § 158(a) from the Final Judgment entered in this adversary proceeding on November 29, 2023 and the Order (1) Denying Motion for Reconsideration and (2) Clarifying that Trustee is Not Limited in Other Proceedings dated January 23, 2024.

73867574;3

The names of all parties to the order appealed from and the names, address, and telephone numbers of their respective attorneys are as follows:

**Soneet R. Kapila, as Chapter 7 Trustee**
Esther McKean, Esquire
Florida Bar No.: 028124
Samual A. Miller, Esquire
Florida Bar No.: 034991
420 South Orange Avenue, Suite 1200
Orlando, Florida 32801
Phone: (407) 423-4000
Facsimile: (407) 843-6610
esther.mckean@akerman.com
samual.miller@akerman.com

**Elkhorn Goldfields, Inc. and Patrick Imeson**
Alan L. Frank, Esq. and Evan L. Frank, Esq.
Alan L. Frank Law Associates, P.C.
135 Old York Road, Jenkintown, PA 19046
TEL: 215-935-1000

Heather L. Ries, Esq.
Fox Rothschild LLP
777 South Flagler Drive, Suite 1700 West Tower
West Palm Beach, FL 33401
TEL: 561-835-9602

Dated: February 5, 2024

Respectfully submitted,
**AKERMAN LLP**

*s/ Esther McKean*
Esther McKean, Esquire
Florida Bar Number: 28124
Samual A. Miller, Esquire
Florida Bar No. 034491
420 S. Orange Avenue
Suite 1200
Orlando, FL 32801
Phone: (407) 423-4000
Fax: (407) 843-6610
E-mail: samual.miller@akerman.com
E-mail: esther.mckean@akerman.com
**COUNSEL FOR SONEET R. KAPILA, CHAPTER 7 TRUSTEE**

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on February 5, 2024, a true and correct copy of the foregoing was served via electronic mail to all parties receiving CM/ECF notifications, including to Heather L. Ries, Esq., Fox Rothschild LLP, 777 South Flagler Drive, Suite 1700 West Tower, West Palm Beach, FL 33401, and Alan L. Frank, Esq. and Evan L. Frank, Esq., Alan L. Frank Law Associates, P.C., 135 Old York Road, Jenkintown, PA 19046 and by United States Mail to United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801 and to Audrey M Aleskovsky, Esq., DOJ-UUS, 400 W. Washington St., Ste 1100, Orlando, FL 32828.

                                                      /s/ Esther McKean
                                                      Esther McKean, Esq.

73867574;3