# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SONEET R. KAPILA,**

      **Appellant,**

v.                                            Case No: 6:24-cv-00264-PGB

**ELKHORN GOLDFIELDS, INC.,**
**and PATRICK IMESON,**

      **Appellees.**
_____/

## ORDER

This cause comes before the Court without oral argument[1] upon Appellant Soneet Kapila's ("**Trustee**") Principal Brief on Appeal. (Doc. 29). Appellees Elkhorn Goldfields, Inc. and Patrick Imeson have filed a Response Brief. (Doc. 30). Trustee has not filed a reply to the Response Brief, and the time to do so has passed. After reviewing the record and briefing, the Bankruptcy Court's Final Judgment (Doc. 1-1, pp. 4–6) and Order Denying Motion for Reconsideration and Clarifying That Trustee is not Limited in Other Proceedings (Doc. 1-1, pp. 7–27) is affirmed in part and reversed in part.

The reasoning underlying the disposition of the cross-appeal is fully set forth in the Court's Order entered on the main appeal's docket. *See Elkhorn Goldfields,*

---

[1] Although Trustee suggests oral argument in this matter, the Court has examined the briefing and records and finds that "the facts and legal arguments are adequately presented" therein, and the "Court's decisional process would not be significantly aided by oral argument." (Doc. 29, p. 16); *see* FED. R. BANKR. P. 8019(b)(3).

*Inc. et al v. Kapila*, No. 6:23-cv-02425-PGB (filed Dec. 19, 2023). That Order provides the substantive analysis explaining the Court's resolution of the issues set forth on this cross-appeal. However, the legal effect and formal disposition of this cross-appeal is governed by this separate Order, which expressly sets forth the Court's findings as to the cross-appeal.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Bankruptcy Court's Final Judgment (Doc. 1-1, pp. 4–6) and Order Denying Motion for Reconsideration and Clarifying That Trustee is not Limited in Other Proceedings (Doc. 1-1, pp. 7–27) are **AFFIRMED** as to Counts I, II, III, IV, and V;

2. The Bankruptcy Court's Final Judgment (Doc. 1-1, pp. 4–6) and Order Denying Motion for Reconsideration and Clarifying That Trustee is not Limited in Other Proceedings (Doc. 1-1, pp. 7–27) are **REVERSED** as to the limitation on the registration of the Final Judgment. This matter is **REMANDED** to the Bankruptcy Court with instructions to enter an amended judgment consistent with the directives of this Order;

3. The appeal is **DISMISSED**;

4. The Clerk of Court is **DIRECTED** to close the case.

**DONE AND ORDERED** in Orlando, Florida on September 29, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties